UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JONATHAN SPALLETTA,<br><br>Defendant. | 26 Cr. 118 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Before the Court is the motion of defendant Jonathan Spalletta to dismiss the Indictment. See ECF No. 13. Spalletta's motion was fully briefed on July 19, 2026, see ECF Nos. 14, 15, 16, and the Court held oral argument on July 24, 2026. Upon careful consideration of the parties' submissions and the arguments of counsel, the Court denies Spalletta's motion.

An Opinion setting forth the reasons for the Court's decisions will issue promptly. The Clerk of Court is respectfully directed to close the motion at docket entry 13.

SO ORDERED.

New York, NY
July 29, 2026

JED S. RAKOFF, U.S.D.J.