**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.

No. 26-CR-118-JSR

JONATHAN SPALLETTA,

Defendant.

---

**DEFENDANT JONATHAN SPALLETTA'S**
**MOTION IN LIMINE TO LIMIT IMPROPER EXPERT**
**OPINIONS AND TESTIMONY**

Pursuant to Federal Rules of Evidence 403, 702, 703, and 704, Defendant Jonathan Spalletta moves in limine for an order precluding discrete portions of the anticipated testimony of the Government's experts, Alex Pettyjohn and Professor Amin Shams.

For these reasons as discussed more fully in the accompanying memorandum of law, Mr. Spalletta respectfully requests that the Court (1) preclude Mr. Pettyjohn and Professor Shams from opining that particular facts satisfy the CFAA's "damage" or "without authorization" elements; (2) preclude Mr. Pettyjohn from characterizing the charged conduct as "deception," "deceptive," or a "misrepresentation," or from using Uranium's accusatory labels as expert corroboration of his culpability opinions; (3) preclude Mr. Pettyjohn from offering expert opinions that unidentified Uranium developers mistakenly or unintentionally wrote or omitted particular code; and (4) absent an adequate foundation under Rule 702, preclude Mr. Pettyjohn from opining that Tornado Cash notes and the compliance-tool output reliably link particular deposits to particular withdrawals.

DATED: September 12, 2026

Respectfully submitted,

/s/ *Shrey Sharma*
Shrey Sharma
Oberheiden, P.C.
30 Wall Street, 8th Floor
New York, New York 10005
shrey@federal-lawyer.com
Telephone: (516) 851-7725
Fax: (972) 559-3365

**Counsel for Jonathan Spalletta**