Ct.Ex.1

**United States of America**

**- v -**

**Jonathan Spalletta**

**PRELIMINARY INSTRUCTION**

**26-cr-118 (JSR)**

To the Jury:

Before you begin to hear the opening statements of counsel and the evidence in this case, let me give you a very brief overview of the two charges you will be asked to consider. After you have heard all the evidence and the parties have made their closing statements, I will give you detailed Final Instructions of law that will replace this Preliminary Instruction and will govern your final deliberations.

This is a criminal case. The first charge, called Count One, accuses the defendant, Jonathan Spalletta, of violating what is called the "Computer Fraud and Abuse Act." I will describe in my Final Instructions the elements of this Act. For now, what you need to know is that Mr. Spalletta is charged in Count One with having intentionally exploited in unauthorized and damaging ways certain vulnerabilities in a computer system called "Uranium Finance" -- which functioned as an exchange for the purchase and sale of what is called "cryptocurrency" -- and that Mr. Spalletta intentionally took advantage of these glitches in order to steal millions of dollars' worth of cryptocurrency. Don't worry if you are personally unfamiliar with cryptocurrency exchanges or computer glitches or the like: the evidence in this case will provide you with all that you need to know to understand them and to evaluate the first charge against Mr. Spalletta.

The second charge, Count Two, charges Mr. Spalletta with what is called "money laundering." Specifically, Mr. Spalletta is charged with having intentionally taken steps to hide the source of the proceeds he allegedly stole from Uranium Finance and his connection to those proceeds.

Mr. Spalletta has pleaded not guilty to both these charges. This means he is presumed innocent of each of these charges until and unless you are satisfied that the Government has proved all the essential elements of the particular charge you are considering beyond a reasonable doubt. I will explain to you in my final instructions exactly what is meant by "proof beyond a reasonable doubt."

For now, please keep in mind that this Preliminary Instruction is simply a brief overview of the charges in this case. You can keep it with you in the jury room to consult as the evidence is presented, but it will ultimately be replaced by my Final Instructions.

Judge Rakoff