Outlook

## U.S. v. Spalletta (26-cr-118)

**From** Rakoff NYSD Chambers <RakoffNYSDChambers@nysd.uscourts.gov>
**Date** Tue 9/29/2026 4:10 PM
**To** Shrey Sharma <shrey@federal-lawyer.com>; Mead, Kevin (USANYS) <kevin.mead@usdoj.gov>; Kinder, William (USANYS) <william.kinder@usdoj.gov>; Werbelow, Shaun (USANYS) <shaun.werbelow@usdoj.gov>

Good afternoon counsel,

With respect to the pending challenges to a portion of Mr. Pettyjohn's past and prospective testimony and the related exhibits concerning or based upon the admissibility analysis of the so-called Tornado Cash notes, the Court denies the objections. The supplemental expert report coupled with the broad nature of the description of Mr. Pettyjohn's expertise given by the Government at the time of his initial testimony satisfies the standard for admissibility of these matters. Defense counsel is, of course, free to cross examine about these matters when they are introduced.

Thank you,

**Rubin Danberg Biggs**
Law Clerk to the Hon. Jed S. Rakoff
United States District Court for the Southern District of New York
Chambers: (212) 805 0401