**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 29, 2026

**VIA EMAIL**
The Honorable Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Jonathan Spalletta, 26 Cr. 118 (JSR)**

Dear Judge Rakoff:

As raised this morning, the Government intends to introduce approximately 10 public communications by the developers of Uranium. Those communications were either posted by Uranium on Twitter (GX 201-495, 201-497, 201-519, 201-522, 201-528, 201-662, 201-4, 201-5, 201-6) or on Medium, a blogging platform (GX 206-14, and together with the Twitter exhibits, the "Developer Posts"). The Developer Posts are attached here as Exhibit A.

The Developer Posts are admissible for the following reasons:

1. The defendant personally viewed most of the Developer Posts, and the Developer Posts he viewed are therefore admissible because they go to the defendant's state of mind. This applies to GX 201-495, 201-497, 201-519, 201-522, 201-528, 201-662, and 206-14.

2. The Developer Posts are of independent legal significance to the question of whether or not the damage the defendant caused was "authorized," and are therefore not offered for their truth. This applies to GX 201-495, 201-497, 201-519, 201-522, 201-528, 201-662, and 206-14.

3. Portions of the Developer Posts are admissible because they reflect the forward-looking plans of Uranium, are directives, or are questions. This applies to portions of GX 201-4, 201-5, 201-6, 201-495, 201-497, 201-519, 201-522, 201-528.

## I. Defendant's State of Mind

The defendant's browser history shows that he extensively researched regarding Uranium lead-up to each of the two exploits, and in the aftermath of the first exploit. *See generally* GX 1001. In fact, the defendant's browser history related to his Uranium research contains hundreds of entries. *Id.*

A chart below shows when the defendant viewed the following seven of the Developer Posts:

| Exhibit | Date and Time Defendant Viewed (UTC) | Row in GX 1001 |
|---|---|---|
| 201-495 | 4/8/2021 11:54:27 AM | 495 |
| 201-497 | 4/8/2021 11:54:51 AM | 497 |
| 201-519 | 4/8/2021 12:02:22 PM | 519 |
| 201-522 | 4/8/2021 12:03:31 PM | 522 |
| 201-528 | 4/8/2021 12:05:01 PM | 528 |
| 201-662 | 4/9/2021 2:19:46 PM | 662 |
| 206-14 | 4/15/2021 8:35:02 AM | 799 |

Those seven Developer Posts are admissible because they go to the defendant's state of mind. *See United States v. Dupree*, 706 F.3d 131, 137 (2d Cir. 2013) ("We have repeatedly held that a statement is not hearsay where, as here, it is offered, not for its truth, but to show that a listener was put on notice."); *United States v. Moseley*, 980 F.3d 9, 27 (2d Cir. 2020) (cleaned up) ("Evidence of customer complaints may be introduced to show the defendant's culpable state of mind, however, and when so used, they are not considered to prove the truth of the matter asserted in the statement. A statement is not hearsay where it is offered, not for its truth, but to show that a listener was put on notice of illegal acts."); *United States v. Bouterse*, 765 F. App'x 463, 468 (2d Cir. 2019) ("statements not offered for their truth, but instead, for their effect on the listener or for context, may be introduced as non-hearsay statements")

For example, below is GX 201-519, one of the Developer Posts, a Tweet that Uranium posted on April 8, 2021, very shortly after the first exploit. The defendant's browser history shows that he viewed this Tweet the day it was posted. *See* GX 1001 at row 519.




This Tweet—which refers to the first exploit as a "hack" by a "hacker," in the context of asking the cryptocurrency exchange Binance to assist in investigating the exploit—makes crystal clear Uranium's view that the first exploit was unauthorized. Approximately three weeks after reading this Tweet, the defendant committed the second exploit. This Tweet would have made

very clear to the defendant that Uranium did not intend to permit him to engage in exploits like the first or second exploit. The fact that he read this Tweet before the second exploit is thus highly probative of his culpable state of mind at the time of the second exploit, and is also probative of his culpable state of mind at the time he laundered funds after viewing this Tweet.

## II. Independent Legal Significance

"If the significance of an offered statement lies solely in the fact that it was made, no issue is raised as to the truth of anything asserted, and the statement is not hearsay. . . The effect is to exclude from hearsay the entire category of 'verbal acts' and 'verbal parts of an act,' in which the statement itself affects the legal rights of the parties or is a circumstance bearing on conduct affecting their rights." Fed. R. Evid. 801 Adv. Comm. Notes. Aspects of this rule are sometimes framed in terms of whether a statement has "independent legal significance" or whether it constitutes a "verbal act." *See, e.g., Jude v. Health Mgmt. Assocs. of W. Virginia, Inc.*, 187 F.3d 629, 1999 WL 595352, at *2 (4th Cir. 1999) ("Statements that possess independent legal significance are not offered for their truth and consequently are not hearsay."); *United States v. Cardascia*, 951 F.2d 474, 486–87 (2d Cir. 1991) ("Statements not considered hearsay are typically verbal acts that give rise to legal consequences."); *United States v. Boulware*, 384 F.3d 794, 806 (9th Cir. 2004) ("A prior judgment is not hearsay . . . to the extent that it is offered as legally operative verbal conduct that determined the rights and duties of the parties."); *State v. McCave*, 805 N.W.2d 290, 317 (Neb. 2011) ("A verbal act is a statement that has legal significance, i.e., it brings about a legal consequence simply because it was spoken."). Contracts, for example, are classic examples of statements that have "independent legal significance" or are "verbal acts," and thus do not constitute hearsay because they are not offered for their truth. *See, e.g., Spencer v. City of New York*, No. 06 CIV. 2852 (KMW), 2011 WL 13257640, at *1 (S.D.N.Y. July 18, 2011) ("Statements, such as contracts, that themselves affect the legal rights of the parties constitute 'verbal acts' and are excluded from the definition of hearsay.").

Here, the Government has alleged that the defendant's damage to Uranium was "unauthorized," and the Government understands that the defense intends to contest whether or not that damage was authorized. Seven of the Developer Posts— GX 201-495, 201-497, 201-519, 201-522, 201-528, 201-662, and 206-14—are admissible non-hearsay because they have independent legal significance in that they affect the type of activity users were authorized to engage in on Uranium.

Consider, for example, if Uranium had prominently posted on its website that "users are not authorized to exploit Uranium's liquidity pools." Such a statement would not be hearsay: it is plainly of "independent legal significance" to the question of whether a user is authorized to exploit the liquidity pools, and it is a "verbal act" in that it forbids users from exploiting the liquidity pools. The truth of such a statement is not what is relevant—the very fact that the statement was publicly made established what users were not authorized to do.[1]

[1] And consider the converse—if Uranium had publicly posted on its website that users were authorized to engage in any transactions that the smart contract allowed, no matter whether they were the result of developer errors. Such a statement would plainly be admissible non-hearsay on the question of whether a user was permitted to engage in the exploits.

Analogizing to a more traditional form of property law, consider a case about whether a defendant had committed criminal trespass by entering a house, and in which he raised a defense that he was in fact authorized to enter the house. Surely if the homeowner had yelled at him as he was entering "you're not allowed in," that statement would be admissible non-hearsay on the question of whether he had authorization to enter the home.

The Nebraska Supreme Court considered a similar question in *McCave.* 805 N.W.2d at 317. There, the court held that testimony regarding a property owner's verbal, out-of-court statements authorizing the defendant to be on the property were admissible as non-hearsay because they "had legal significance for the trespass charge independent of the truth of the matter asserted." *Id.* As the court explained, the out-of-court statements "[brought] about a legal consequence simply because [they] were spoken." *Id.*[2] In other words, the statements were admissible—even without calling the declarant as a witness—because they had independent legal significance to the question of whether the defendant was authorized to be on the property. *See id.*[3]

Here, the Developer Posts do not go so far as to explicitly state that "users are not authorized to exploit Uranium's liquidity pools." But they clearly imply exactly that, and that implication is relevant to the authorization question.

Consider, for example, Government Exhibit 201-519, the Uranium Tweet discussed in the context of effect on the listener. *See supra* at 2. That Tweet—which, again, refers to the first exploit as a "hack" by a "hacker," in the context of asking the cryptocurrency exchange Binance to assist in investigating the exploit —is relevant to the question of the defendant's *mens rea* when he committed the second exploit three weeks later. But it is also relevant to the question of whether the defendant's damage in the second exploit ***was*** in fact unauthorized. It is a public statement by the platform's owners indicating that such activity is impermissible, and it is of independent legal significance in establishing that any similar damage in the future would not be authorized.

The defense may well object that the Government should offer evidence of whether damage was or was not authorized by calling the Uranium developers to testify. But the subjective and uncommunicated understanding of the developers of a decentralized platform are not what should necessarily determine the authorization question. Indeed, such a rule could often be unfairly punitive, especially in the context of criminal law. Objective indicators—like the Developer

[2] While interpreting Nebraska law, the *McCave* court explicitly relied on the relevant section of the Advisory Committee Notes to Federal Rule of Evidence 801 in reaching its conclusion. *Id.* at 531-32.

[3] *See also* § 801:5 Rule 801(c): statements offered other than to prove the truth of the matter asserted; verbal act; characterizing act; affect on listener; impeachment, 6 Handbook of Fed. Evid. § 801:5 (10th ed.) ("testimony by an agent as to a statement by the principal granting him authority to act as agent is not hearsay").

Posts—are instead what should determine whether damage was authorized, and because the Developer Posts go to that objective question, they are not hearsay.[4]

### III. Other Hearsay Exceptions

Portions of GX 201-4, 201-5, 201-6, 201-495, 201-497, 201-519, 201-522, 201-528 are admissible because they are non-hearsay questions or directives, or because they fit within the state-of-mind exception for future intent under Rule 803(3). *See United States v. Kuthuru*, 665 F. App'x 34, 38 (2d Cir. 2016) ("Questions and commands are ordinarily not hearsay because they are not offered for the truth of the matter asserted."); *United States v. Amirov*, No. S8 22 CR. 438 (CM), 2025 WL 660197, at *12 (S.D.N.Y. Feb. 28, 2025) ("questions, requests, instructions, or demands [] are not hearsay and so are admissible"); Fed. R. Evid. 803(3) (hearsay exception for "[a] statement of the declarant's then-existing state of mind (such as motive, intent, or plan)"); *United States v. Best*, 219 F.3d 192, 198 (2d Cir. 2000) ("A declarant's out-of-court statement as to his intent to perform a certain act in the future is not excludable on hearsay grounds.")

For example, below are GX 201-4, 201-5, and 201-6, three Tweets Uranium posted immediately after the second exploit:

> **Uranium Finance** @UraniumFinance · Apr 28, 2021
> (1/2) ‼ Uranium migration has been exploited, the following address has 50m in it The only thing that matters is keeping the funds on BSC, everyone please start tweeting this address to Binance immediately asking them to stop transfers.

GOVERNMENT EXHIBIT 201-4

GOVERNMENT EXHIBIT 201-5

> **Uranium Finance** @UraniumFinance · Apr 28, 2021
> (2/2) If you have a binance account please log in and immediately report stolen funds with this address, they have a mechanism for this as well.

[4] To be clear, the Government does not contend that GX 201-519 and other statements to the effect that "Uranium was hacked" after the first exploit are admissible under this theory in a backwards-looking way as to the question of whether the damage caused in the first exploit was authorized. They are only admissible under this theory on the forward-looking question of whether the damage in the second exploit was authorized.

GOVERNMENT EXHIBIT 201-6

**Uranium Finance** @UraniumFinance · Apr 28, 2021

‼ We are in contact with Binance Security Team and in the process of escalating this.

If you are in possession of the funds or know someone who is contact me now to arrange a deal before this goes higher.

Each of these Tweets contains a request by Uranium that its users take a certain activity. See GX 201-4 ("everyone please start tweeting this address to Binance immediately asking them to stop transfers"); 201-5 ("If you have a Binance account please log in and immediately report stolen funds with this address, they have a mechanism for this as well."); 201-6 ("If you are in possession of the funds or know someone who is contact me now to arrange a deal before this goes higher."). Those statements are admissible non-hearsay. Similarly, the statement that "We are in contact with Binance Security Team and are in the process of escalating this" is a statement of future intent, and is admissible under Rule 803(3).[5]

Aspects of several other Developer Posts are admissible for similar reasons:

- GX 201-495, 201-497, and 201-522 are all versions of a post by Uranium immediately after the first exploit. The statement in them about the upcoming Uranium V2 that "Any wallet asking for V2 swap will be checked, all wallets that have made malicious transactions will be blacklisted" is a statement of future intent under Rule 803(3). Moreover, Uranium's statement that it would blacklist wallets involved in the first exploit is plainly relevant to question of whether the exploits were authorized.

- 201-519 and 201-528 are Tweets by Uranium immediately after the first exploit asking that users take steps to either contact Binance to report the exploit or to contact the exploiter

[5] To the extent that any portion of these communications is inadmissible, the remainder should be admitted for context with a limiting instruction. That is of course most significant for the first sentence of GX 201-4.

and ask him to return the funds. These are both requests or directives and admissible non-hearsay.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: */s/ Kevin Mead*
Kevin Mead
William C. Kinder
Shaun E. Werbelow
Assistant United States Attorneys
(212) 637-2211/2439

cc: Counsel of Record (by email)

# Exhibit A

**Uranium Finance** @UraniumFinance · Apr 28, 2021

(1/2) ‼ Uranium migration has been exploited, the following address has 50m in it The only thing that matters is keeping the funds on BSC, everyone please start tweeting this address to Binance immediately asking them to stop transfers.

GOVERNMENT EXHIBIT 201-4
24 Cr. 118 (JSR)

GOVERNMENT EXHIBIT 201-5
20 Cr. 118 (JSR)

**Uranium Finance** @UraniumFinance · Apr 28, 2021

(2/2) If you have a binance account please log in and immediately report stolen funds with this address, they have a mechanism for this as well.

GOVERNMENT EXHIBIT 201-6 25 Cr. 118 (JSR)

**Uranium Finance** @UraniumFinance · Apr 28, 2021

‼ We are in contact with Binance Security Team and in the process of escalating this.

If you are in possession of the funds or know someone who is contact me now to arrange a deal before this goes higher.

x.com/kukai07191114/status/1380148290545717250/photo/1

22:12 18%

固定したメッセージ 17件

Uranium Finance

While we took great care to try to create solid code, including releasing it in the public in advance to ensure complete transparency, but we have to accept that it did not work as we intended. We thank all of you for your faith in us and will make sure to be worth of it by bouncing back after what happened, by providing a fix and give everyone who stays with the project a chance to recover.

What is the upcoming plan ?
• V2 launch start of next week (more precise date coming soon).
• Snapshot for sRADS, not for RADS.
• V1 RADS and sRADS will be swappable for V2 tokens.

1

GOVERNMENT EXHIBIT 201-495 23 Cr. 118 (JSR)

x.com/kukai07191114/status/1380148290545717250/photo/2

What is the upcoming plan ?

- V2 launch start of next week (more precise date coming soon).
- Snapshot for sRADS, not for RADS.
- V1 RADS and sRADS will be swappable for V2 tokens.
- You are advised to remove your RADs LPs immediately as no further sRADS will be considered for sRADs after the snapshot.
- User's funds in the following pools (BNB/BUSD/USDT/BTCB/ETH) are safe and untouched but are advised to claim their rewards on a frequent basis in view of the exploit.

Just the RADS pool has been directly affected (not only the rewards). All RADS holders in this pool will be compensated with RADS V2.

- Any wallet asking for V2 swap will be checked, all wallets that have made malicious transactions will be blacklisted.
- We will be pushing updates to the master contract shutting down rewards for V1 at the end of the 24 hour timelock.

We will come back to you with a fully detailed plan soon.

1

GOVERNMENT EXHIBIT 201-497 26 Cr. 118 (JSR)

x.com/UraniumFinance/status/1380126187159236610

## Post

**Uranium Finance**
@UraniumFinance

Following to the hack, here is the hacker wallet (originally funded directly from Binance, so this is a hot wallet) :
0x36ad9ee78bfb730955993d2aa77ecccf95e3313e
@binance @cz_binance Can you have a look please ?
RT please.

7:51 AM · Apr 8, 2021

25 127 126

GOVERNMENT EXHIBIT 201-519 26 Cr. 118 (JSR)

Uranium Finance
@UraniumFinance

New thread] While we took great care to try to create solid code, ncluding releasing it in the public in advance to ensure complete ransparency, but we have to accept that it did not work as we intended. 1/8

:22 AM · Apr 8, 2021

2 7 14

Relevant View quotes

← Post

Uranium Finance @UraniumFinance · Apr 8, 2021
We thank all of you for your faith in us and will make sure to be worth of it by bouncing back after what happened, by providing a fix and give everyone who stays with the project a chance to recover. 2/8

1 6

Uranium Finance @UraniumFinance · Apr 8, 2021
What is the upcoming plan ?
- V2 launch start of next week (more precise date coming soon).
- Snapshot for sRADS, not for RADS.
- V1 RADS and sRADS will be swappable for V2 tokens.
3/8

2 4

Uranium Finance @UraniumFinance · Apr 8, 2021
- You are advised to remove your RADs LPs immediately as no further sRADS will be considered for sRADs after the snapshot. 4/8

3 2 4

Uranium Finance @UraniumFinance · Apr 8, 2021
- User's funds in the following pools (BNB/BUSD/USDT/BTCB/ETH) are safe and untouched but are advised to claim their rewards on a frequent basis in view of the exploit. 5/8

1 4

Uranium Finance @UraniumFinance · Apr 8, 2021
Just the RADS pool has been directly affected (not only the rewards). All RADS holders in this pool will be compensated with RADS V2. 6/8

2 3 11

Uranium Finance @UraniumFinance · Apr 8, 2021
- Any wallet asking for V2 swap will be checked, all wallets that have made malicious transactions will be blacklisted.
- We will be pushing updates to the master contract shutting down rewards for V1 at the end of the 24 hour timelock.
7/8

1 1 7

GOVERNMENT EXHIBIT 201-522
26 Cr. 118 (JSR)

x.com/UraniumFinance/status/1380058056264978434

← **Post**

**Uranium Finance**
@UraniumFinance

How can YOU help?

- If you have any information or believe you know the exploiter, please DM @ meetbaymax on Telegram and we will set up an anonymous way for them to contact the team. We would prefer to find a solution that does not require further escalating the matter

3:20 AM · Apr 8, 2021

GOVERNMENT EXHIBIT 201-528 26 Cr. 118 (JSR)

x.com/UraniumFinance/status/1380485354889830400

## Post

**Uranium Finance**
@UraniumFinance

FINALLY SOME GOOD NEWS

We have reached an agreement with the original exploiter and have retrieve a big portion of the stolen funds that had been taken from the exploit.

$1,000,000 as been received in our address here - etherscan.io/address/0x0854...

@binance @cz_binance

Etherscan

etherscan.io
Address: 0x0854Ec1A...e20096076 | Etherscan
Address (EOA) | Balance: $82.99 across 2 Chains | Transactions: 15 | As at Sep-23-2026 06:50:27 PM (UTC)

7:38 AM · Apr 9, 2021

6 36 60

GOVERNMENT EXHIBIT 201-662 28 Cr. 118 (JSR)

https://uraniumfinance.medium.com/uranium-v2-launch-migration-audit-cad869d12e4f
5 captures
14 Apr 2021 - 3 Jun 2021



# Uranium V2 : launch, migration, audit

Uranium Finance Just now · 6 min read

First of all we want to say a big THANK YOU to you all for your patience and for bearing with us while we dealt with the various difficulties we've encountered since the exploit. We really appreciate your support and you can rest assured that we have been working tirelessly to solve all issues as best we can and make the transition to and launch of V2 as smooth and as best possible.

We have considered every issue from every angle and listened to the community's thoughts and concerns. We know we can't please everyone, but all our decisions were made with the intention of doing what is the absolute best for all of you and for the future of Uranium.

Here we go:

**V2 Branding : U92 is the new RADS**

After an internal vote, we decided the RADS and sRADS tokens will be renamed !
RADS : U92
sRADS : U235
We have named them this way to distinguish them from the old RADS and sRADS. This way we avoid any confusion.
Our designer is working on them right now, and the new face of our token will be seen at the same time as the V2 launch!

**V2 : the launch**

Here is the main course, that a lot of you have been eagerly waiting for these last few days. As promised, the V2 will be launched this week, in two steps :
- Friday 16th April at 8pm UTC will be the official launch of the V2 tokens, which will be swappable, and the farms will be opened to deposits (but without rewards yet)
- Saturday 17th April at 8pm UTC all the rewards will be activated

Everything will take place on the usual webapps, which will be updated just before launch :
- https://app.uranium.finance
- https://swap.uranium.finance

**V1 to V2 migration : process**

For the V1 users, no matter the situation, you will have to go to https://app.uranium.finance/v1claims. Once there, you'll see all the due amounts of U92 and U235 you should receive, following the rules explained in our previous medium post.
You'll just have to approve two contracts (one for RADS, the other for

GOVERNMENT EXHIBIT 206-14 26 Cr. 118 (JSR)

You'll just have to approve two contracts (one for RADS, the other for sRADS) and to click on the "claim" button. This will fire the following sequence :
- THE TOTALITY of the RADS and sRADS in your wallet will be sent to the contract
- The U92 and U235 tokens due will be transferred to your wallet

For the people who have been in the RADS pool, the process is EXACTLY THE SAME, even if you don't have any RADS in your wallet now (we know how much you had thanks to the snapshot we took and you will receive as much in U92, and 10% of that amount in U235 as compensation, as indicated in our previous medium article).

**V2 Tokenomics**

After the v1 experience, we felt that most of the initial choices we made were pretty solid and sustainable. But as everything is always perfectible, we are going to make some changes to optimize V2 even further.
All the details will be provided in the next medium post coming Thursday 15th April, and will cover the following questions :
- Money pot management and distribution
- Initial emission rate
- Initial pool offers
- Swap fees

We're still working on the final details right now, but we're 100% confident that you'll like our adjustments !

**Hot topic : the audit(s)**

Audits were clearly a weakpoint for our v1, so we've learned our lesson and doubled our efforts. This is one of the main reasons why this post is later than we (and you) would have liked.
Of course, most of you probably know that it's impossible to secure a comprehensive and renowned audit in the time we have available. The DeFi world is moving so fast, we definitely can't wait for a month before releasing if we want to survive.
But, we definitely know that we have something to prove to regain the trust of some of you, that's why after having carefully weighted our options, we decided to proceed like this :
- After having applied the fixes and some minor changes to our code, we contacted a talented White Hat who made a full review of it.
- We have signed a deal with HyperJump, who's going to do a review of our code that we will be published BEFORE our launch. [Note that this can not be considered as a fully fledged audit, but covers all of the essential security points of a contract]
- Last but not least, we have an initial agreement in place with one of the most renowned auditing companies in the BSC/Defi space for a complete audit to be published at the end of April. Our NDA precludes us from saying more but once the agreement is finalised we will release the name of the company.

**Quick review of our Compensation Plan :**

Our compensation plan (announced in our previous medium article: https://uraniumfinance.medium.com/uranium-post-mortem-v2-compensations-aac4b0706d7d ) was generally very well received by the community. We thought long and hard about this plan and we were well aware that we could not satisfy all of our users.

Even though we've tried our best to provide the most reasonable compensation possible for as many of you as possible, we understand that some of you are still feeling that you've been wronged, in particular those who paid the 4% fee in the last hours before the exploit.
We thought about some ideas, like whitelisted farms, or more "direct" compensation solutions. But potential solution we came up with would take way too much time and resources and delay the launch with even more new code to produce and then audit. We are also very aware that every additional delay before the launch of V2 is more risk to all the RADS and sRADS holders who kept their trust into us to make a strong come back.
That said, there will be opportunities in V2 for people to stake in Uranium in different ways than in V1, but that will be explained in Thursday's post.

Concerning the airdrop for people who panic sold on April 9 between

USAO 00014988

(6:27am UTC) and (6:57am UTC) : we are processing all these applications by hand and it takes time, but it will be done right. The form will stay open for 24 hours, then it will be closed (April 14 at 22:00 UTC).

**$1M Recovered funds**

As stated in the previous article, the recovered amount ~ $1,000,000 is still here (thanks to the bullish market, it's now nearly $1.130.000): https://etherscan.io/address/0x0854Ec1Af3bA4B8517DAf0D548C58b9e20096076

Previously we announced that we would move the recovered funds via Binance Bridge, but considering the recent issues with this tool, we will do it a different way (probably via TerraBridge). You will be notified in advance and of course all transactions will be published.
Everything will be paid in its entirety into the Money Pots to be rewarded as normal to all sRADS/U235 holders (the exact block number for the start of reward payments and the reward repartition will be revealed with the other V2 launch details on Thursday).

**In conclusion**

We want to sincerely thank all of you for your trust and for having faith that we will get through this and come out even stronger in V2. The community has been incredible right from day 1 and throughout the various issues we've encountered, you've always been there supporting us and we are very grateful for that ! We literally could not have done this without you.
No matter the outcome, we'll work as hard as we can to deliver, so that your loyalty is definitely rewarded.
We have already gone through a lot of hardships, but we believe the worst is now behind us and that V2 is still just the beginning of long and prosperous journey.

Thank you for being part of Uranium.Finance

Uraniumfinance | Binance Smart Chain | Amm | Binance | Bsc

More from Uranium Finance

Follow

More From Medium

How I Earn $8K+ Per Month While Only Working 15 Hours Per Week
Zulie Rane in The Startup

A Man In His 30s Explains To Me What's Wrong With Women In Their 30s
Hannah Furst in Slackjaw

The Simple 40 Minute Morning Routine That Completely Changed My Life
Ashley Richmond in Change Your Mind Change Your Life

7 Genius Weight Loss Hacks I Wish I Had Followed Earlier In Life
Karthik Rajan in Aha Moments

Anxiety Is In Your Body, Not Your Mind
Emma Pattee in Elemental

I Retired at 35—Here Are 5 Lessons from My First 6 Months of Freedom
Charlie Brown in Making of a Millionaire

5 Underrated Reasons a Man Leaves a Good Woman
Leah Njoki in Hello, Love

My M1 Macbook Air Is DEAD.
Tan Han Wei in CodeX