UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JONATHAN SPALLETTA,<br><br>Defendant. | 26 Cr. 118 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Before the Court is the motion of the firm of Oberheiden, P.C. seeking leave to withdraw as attorney of record for the defendant, Jonathan Spalletta. The Court held a sealed in-court hearing on the motion on October 14, 2026. Upon due consideration of the motion, the Court concludes that the firm of Oberheiden, P.C. has provided good cause to be relieved as counsel by no later than October 28, 2026. If Mr. Spalletta retains new counsel that enters their appearance before October 28, his present counsel will be relieved at that time. If Mr. Spalletta has not obtained new counsel by October 28, 2026, his present counsel will be relieved on that date, and Mr. Spalletta will be expected to proceed pro se until he obtains new counsel. Mr. Spalletta, as well as his current counsel, consent to this decision.

The Court hereby extends the deadline to file any Rule 33 motion to November 30, 2026.

SO ORDERED.

New York, NY
October 14, 2026

JED S. RAKOFF, U.S.D.J.